IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-83-GCM

| | |
|---|---|
| **PENNSYLVANIA WOOD, INC.,** ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| **ANDREW G. MARTIN,** ) | |
| d/b/a MT LEASING, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Randy Joseph Spitaels,** filed April 4, 2013 [doc.# 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Spitaels is admitted to appear before this court *pro hac vice* on behalf of defendant Andrew G. Martin d/b/a MT Leasing.

**IT IS SO ORDERED.**

Signed: April 4, 2013

Graham C. Mullen
United States District Judge